THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BRIAN HAKES, Respondent.

Submitted May 30, 2017; decided June 1, 2017

Motion for assignment of counsel granted and Kathryn Friedman, Esq., c/o The Sage Law Firm Group, P.O. Box 200, 465 Grant Street, Buffalo, NY 14213 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BRYAN HENRY, Respondent.

Submitted May 15, 2017; decided June 1, 2017

Motion for assignment of counsel granted and Judah Maltz, Esq., 125-10 Queens Boulevard, Suite 12, Kew Gardens, NY 11415 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL PEREZ, Appellant.

Submitted May 30, 2017; decided June 1, 2017

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.